## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In re Arbitration Proceeding,     )
CPR File No. G-07-39,     )
     )
Diligence LLC     )
     )    Misc. Civil Action No. _____
     Claimant,     )
     )
v.     )
     )
Igor Alexeev     )
     )
     Respondent.     )
_____ )

### DILIGENCE INC.'S CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Diligence Inc., certify that to the best of my knowledge and belief, Diligence Inc. has no parents, subsidiaries or affiliates or securities or other interests that are publicly held. These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

November 6, 2006     AEGIS LAW GROUP LLP

By: _____
Paul C. Rauser (D.C. Bar No. 461722)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
T: 202-737-3500/F: 202-737-3330

*Attorneys for Claimant Diligence LLC*