IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Arbitration Proceeding, <br> CPR File No. G-07-39, <br> <br>    Diligence, Inc. <br>    1776 Eye Street, NW <br>    Washington, D.C. 20006 <br> <br>       Claimant, <br> <br>       v. <br> <br>    Igor Alexeev, <br>    c/o James C. Bailey, Esq. <br>    1155 Connecticut Avenue, N.W. <br>    Suite 1100 <br>    Washington, D.C. 20036 <br> <br>       Respondent. | Misc. Civil Action No. 07-MC-454 |

**NOTICE OF APPEARANCE**

     Michael K. Ross, an attorney with Aegis Law Group LLP, hereby enters his appearance on behalf of Claimant Diligence, Inc. ("Diligence")

        Respectfully submitted,

        AEGIS LAW GROUP LLP

By:     _____/s/Michael K. Ross_____
        Paul C. Rauser (D.C. Bar No. 461722)
        Michael K. Ross (D.C. Bar No. 458573)
        901 F Street, N.W., Suite 500
        Washington, D.C. 20004
        *T: 202-737-3500/ F: 202-737-3330*

        *Attorneys for Claimant Diligence, Inc.*

Dated: November 6, 2007