**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
DILIGENCE, INC.                )
                               )
      Claimant,                )
                               )
   v.                          )    Misc. Civ. Action No. 07-0454
                               )    (EGS)
                               )
IGOR ALEXEEV,                  )
                               )
      Respondent.              )
_____)
```

**ORDER**

Upon consideration of the Movant's Emergency Motion to Enforce Arbitrator's Subpoenas Duces Tecum, the response and replies thereto, the applicable law, and the agreement of the parties that the arbitrator has the authority to properly decide whether certain documents are privileged, it is hereby **ORDERED** that non-party witnesses Terry Lenzner and Investigative Group International (IGI) shall submit the Witness Interview Documents to Arbitrator von Kann for an *in camera* review at a date and time convenient for the arbitrator, the parties, and the non-party witnesses, to determine whether they are protected under the attorney-client privilege or work product doctrine.

    **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **November 7, 2007**