Sent by: von Kann Curtis <cvonkann@gmail.com>
11/07/2007 05:59 PM
To <Kymberly_Evanson@dcd.uscourts.gov>
Re: Order in Arbitration Proceeding CPR File No. G-07-39, Diligence, Inc. v. Igor Alexeev

Thank you, Kymberly.

I have scheduled an arbitration hearing for tomorrow to implement Judge Sullivan's order. I greatly appreciate his promptness in ruling on the emergency motion.

 Curtis E. von Kann


----- Original Message -----
From: <Kymberly_Evanson@dcd.uscourts.gov>
To: <cvonkann@jamsadr.com>
Sent: Wednesday, November 07, 2007 5:22 PM
Subject: Order in Arbitration Proceeding CPR File No. G-07-39, Diligence, Inc. v. Igor Alexeev

 Dear Judge von Kann,
 Attached is an order issued today by Judge Emmet G. Sullivan pertaining to an arbitration over which you are presiding. (Arbitration Proceeding CPR File No. G-07-39, Diligence, Inc. v. Igor Alexeev). Should you have any questions regarding this order, please contact Judge Sullivan's Chambers at 202-354-3260.

 Thank you very much,

 Kymberly Evanson
 Law Clerk to the Honorable Emmet G. Sullivan
 U.S. District Court for the District of Columbia
 202-354-3263